**FILED**

NOV - 3 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>       Plaintiff,<br><br>   v.<br><br>WESTERN AUTO POOL & TRANSPORT,<br><br>       Defendant.<br>_____/ | No. CIV-S-02-0151 MCE/KJM<br><br><br><br>**ORDER RE: SETTLEMENT AND DISPOSITION**<br><br>c/MCE |

   Pursuant to the representations of the attorney for defendant, the court has determined that this case is settled.[1]

   In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 21, 2003.

   Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: 10/31/03

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

   [1] In light of the Court's Order Re: Settlement and Disposition, the December 15, 2003 Final Pretrial Conference and the February 4, 2004 Trial are vacated.

```
              United States District Court
                        for the
              Eastern District of California
                    November 3, 2003


              * * CERTIFICATE OF SERVICE * *


                                    2:02-cv-00151


     EEOC

        v.

     Western Auto Pool
```

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 3, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     Marcia L Mitchell                        AS/MCE
     Equal Employment Opportunity Commission
     San Francisco District Office
     345 Spear Street, Suite 500
     San Francisco, CA  94105-1687

     Stewart L Katz
     Law Offices of Stewart Katz
     1001 G Street, Suite 100
     Sacramento, CA  95814
```

                                        Jack L. Wagner, Clerk

                                        BY:  _____
                                             Deputy Clerk